# UNITED STATES DISTRICT COURT
### for the
### Eastern District of North Carolina

| | |
|---|---|
| United States of America <br> v. <br> Eric Darnelle Anderson <br><br> Date of Original Judgment: January 8, 2014 <br> Date of Previous Amended Judgment: March 10, 2015 <br> *(Use Date of Last Amended Judgment if Any)* | Case No: 5:13-CR-96-1H <br> USM No: 57450-056 <br><br> A. Robert Bell, III <br> *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 20 months **is reduced to** 16 months in Count 1.

The sentence in Count 2 remains 60 months, concurrent, resulting in a total sentence of 60 months.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated January 8, 2014, and March 10, 2015 shall remain in effect. **IT IS SO ORDERED.**

Order Date: 6/2/15

Judge's signature

Effective Date: November 1, 2015
*(if different from order date)*

Malcolm J. Howard, Senior U.S. District Judge
*Printed name and title*